# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

159854

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

*In re* KENDAL TRENT FREEMAN, M.D.

_____

BUREAU OF PROFESSIONAL LICENSING,
      Petitioner-Appellee,

v

KENDAL TRENT FREEMAN, M.D.,
      Respondent-Appellant.

_____/

SC: 159854
COA: 346594
Bd of Medicine: 43-17-148408

     On order of the Court, the application for leave to appeal the May 20, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



t0420

Clerk